UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RISLEY, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>BOSTON SCIENTIFIC CORPORATION, et al,<br><br>         Defendants. | No.  2:20-cv-1744 JAM-KJN<br><br>**RECUSAL ORDER** |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: September 9, 2020

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

1