# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA RISLEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01744-AWI-SAB<br><br>ORDER DISREGARDING STIPULATION OF DISMISSAL AS PROCEDURALLY IMPROPER<br><br>(ECF No. 126) |

On March 2, 2021, the Court issued an order relating and reassigning this matter, and extended the deadline for dispositional documents to be filed until April 30, 2021. (ECF No. 125.) On April 30, 2021, Plaintiffs and Defendant Boston Scientific Corporation filed a stipulation of dismissal of Defendant Boston Scientific Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 126.)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that an action may be dismissed "by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); see also Campbell v. City of Bakersfield, No. CIV-F-04-5585 AWI TA, 2007 WL 324527, at *1 (E.D. Cal. Jan. 31, 2007). Here the stipulation is not signed by all the parties who have appeared. (ECF No. 126.) Accordingly, the Court shall disregard the stipulation as filed and extend the deadline for dispositive documents to be filed until five (5) days after entry of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation of dismissal filed April 30, 2021 (ECF No. 126), is DISREGARDED; and

2. The deadline to file dispositional documents shall be extended until five (5) days after entry of this order.

IT IS SO ORDERED.

Dated: **May 3, 2021**

_____
UNITED STATES MAGISTRATE JUDGE