# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA RISLEY, et al., | Case No. 2:20-cv-01744-AWI-SAB |
| Plaintiff, | ORDER EXTENDING TIME FOR DISPOSITIONAL DOCUMENTS TO BE FILED |
| v. | |
| JOHNSON & JOHNSON, et al., | (ECF No. ) |
| Defendants. | DEADLINE: AUGUST 9, 2021 |

On November 10, 2020, a notice of settlement as to Defendants Ethicon Inc. and Johnson & Johnson and request to stay was filed. (ECF No. 117.) A minute order issued requiring that dispositional documents be filed by May 10, 2021. (ECF No. 118.) On May 10, 2021, a joint status report was filed asserting that Plaintiffs have accepted their individual settlement amount as part of an aggregate settlement. (ECF No. 130.) They are requesting an additional ninety days, to August 9, 2021, to complete the settlement. (Id.)

The parties initially filed a notice of settlement on November 10, 2020. The Court shall grant the requested extension. With this extension, the parties will have had nine months to finalize the settlement in this action. The parties are advised that no further extensions of time shall be granted without a showing of good cause.

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that the parties SHALL FILE dispositional

2 documents on or before **August 9, 2021.**

3

4 IT IS SO ORDERED.

5 Dated:   **May 11, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28